
RECEIVED
IN MONROE, LA
SEP 2 6 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| ERNESTINE GREEN, ET AL., | CIVIL ACTION NO. 04-697 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SHERIFF RICHARD FEWELL, ET AL. | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and in this Court's ruling, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants Sheriff Richard Fewell and Dale Chelette's Motion for Partial Dismissal [Doc. No. 11] is GRANTED. The claims of Ernestine Green, Charlette Green, Catrina Green, and Constance Beard are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA this 23 day of September, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE